The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ROLAND CHEATHAM, et al.,<br><br>Defendants. | NO. CR18-131RAJ<br><br>AMENDED COMPLEX CASE MANAGEMENT ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT MORGAN, et al.,<br><br>Defendants. | NO. CR18-132RAJ |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIHAD ZEIGLER,<br><br>Defendant. | NO. CR18-161RAJ |

Amended Complex Case Management Order - 1
*U.S. v. Cheatham, et al., CR18-131RAJ;*
*U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Zeigler, CR18-161RAJ*

These related cases came before the Court for a motion hearing on February 22, 2019. The Court, having reviewed the record and files in this case, having considered the matters discussed at the February 22, 2019 hearing, and being otherwise fully advised, adopts this amended case schedule, over any objection as stated on the record:

| Event | Date |
| --- | --- |
| Deadline for Pretrial Motions I (Discovery, Dismissal, etc.) Responses to be filed by April 26, 2019; Reply Briefs, if any, by May 3, 2019; Noting date of May 10, 2019 | April 15, 2019 |
| Status Conference/Hearing Date Motions I | May 23, 2019 at 9:00 a.m. (if needed) |
| Deadline for Government to Supersede to Consolidate cases/defendants for trial, if necessary | June 3, 2019 |
| Pretrial Motions II (motions based on review of discovery and defense investigation, including motions to suppress wiretap or searches, challenges to venue, substantive severance motions). Responses due June 24, 2019; Reply Briefs, if any, July 1, 2019; Noting date of July 5, 2019 | June 10, 2019 |
| Status Conference/Motions Hearing II | July 11, 2019 at 9:00 am (hearing to conclude July 16, 2019 at 9:00 a.m. if necessary) |
| Parties to exchange expert discovery under Rules 16(a)(1)(G) and 16(b)(1)(C) | July 19, 2019 |
| Government to identify FRE 404(b) evidence, if any | July 19, 2019 |
| Deadline for motions in limine (including, but not limited to, any challenges to proposed experts); motions re: 404(b) and inextricably intertwined evidence; motions to sever | July 26, 2019 |
| Parties to exchange draft transcripts of recorded calls/meetings for proposed use at trial. | August 2, 2019 |

Amended Complex Case Management Order - 2
*U.S. v. Cheatham, et al., CR18-131RAJ;*
*U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Zeigler, CR18-161RAJ*

| Event | Date |
|---|---|
| Parties to exchange all summary exhibits and underlying data under Fed. R. Evid. 1006; Parties to provide rebuttal expert disclosures | August 2, 2019 |
| Parties to exchange *Jencks* Act Fed. R. Crim. P. 26.2 and *Giglio* impeachment materials, including information covered by Fed. R. Evid. 806 materials *except* for government cooperating witnesses or confidential source witnesses. | August 9, 2019 |
| Exhibit Lists, Trial Briefs, | August 9, 2019 |
| Pretrial Conference, including hearings on motions in limine (if necessary) | August 15, 2019 at 9:00 a.m. |
| Parties to exchange objections/proposed revisions to transcripts as to form and content. | August 19, 2019 |
| Government to produce *Jencks* Act, Fed. R. Crim. P. 26.2 and *Giglio* impeachment materials, including information covered by Fed. R. Evid. 806 (if any) for government cooperating witnesses and/or confidential source witnesses (if any). | August 30, 2019 |
| Witness lists, Proposed Jury Instructions, Voir Dire and Verdict Forms Due | August 30, 2019 |
| File proposed trial exhibits (General Order 01-18) and commence trial | September 9, 2019 at 9:00 a.m. |

///

///

///

///

///

///

Amended Complex Case Management Order - 3
*U.S. v. Cheatham, et al., CR18-131RAJ;*
*U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Zeigler, CR18-161RAJ*

Modifications to the deadlines set forth in this order may be made by the Court based on changing circumstances or for other good cause shown.

DATED this 27th day of March, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

Amended Complex Case Management Order - 4
*U.S. v. Cheatham, et al., CR18-131RAJ;*
*U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Zeigler, CR18-161RAJ*